Cynthia Z. Levin, Esq.
Law Offices of Todd M. Friedman, P.C.
1150 First Avenue, Suite 501
King of Prussia, PA 19406
Phone: 888-595-9111 ext 618
Fax: 866 633-0228
clevin@attorneysforconsumer.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SANDRA VAZQUEZ,** | ) Case No. 2:12-cv-07182-BMS |
| | ) |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| | ) |
| vs. | ) |
| | ) |
| **FMS, INC.,** | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation for Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 23rd day of May, 2013.

By: /s Cynthia Z. Levin
    **Cynthia Z. Levin, Esq. (PA 27050)**
    **Law Offices of Todd M. Friedman, P.C.**
    **Attorney for Plaintiff**

Notice of Settlement - 1

Filed electronically on this 23rd day of May, 2013, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Berle M. Schiller
United States District Court
Eastern District of California

Aaron R. Easley
Sessions, Fishman, Nathan & Israel, L.L.C.
Attorney for Defendant

This 23rd day of May, 2013.

s/Todd M. Friedman
Todd M. Friedman

Notice of Settlement - 2